IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

WILLIAM KIRK ANDERSON,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED.

CASE NO. 1D16-4656
           1D16-4657

Opinion filed March 10, 2017.

An appeal from the Circuit Court for Suwannee County.
Paul S. Bryan, Judge.

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Jennifer J. Moore and Jason W. Rodriguez, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

      We sua sponte consolidate these appeals for disposition. Appellant seeks

review of orders revoking his probation and sentencing him to prison. He argues

in each case and the state properly concedes that by failing to conduct an appropriate plea colloquy before revoking appellant's probation and sentencing him, the trial court reversibly erred and violated the requirements of Florida Rule of Criminal Procedure 3.172(c). See Haug v. State, 151 So. 3d 560 (Fla. 1st DCA 2014). Accordingly, we REVERSE the orders revoking probation and the judgments and sentences entered thereon, and REMAND for further proceedings.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.